[No. 8107–9–III. Division Three. December 1, 1987.]

*In the Matter of the Welfare of*
DENISE ESKELI, ET AL.

DARRELL EDWIN WILSON, ET AL, *Appellants,* v. THE
DEPARTMENT OF SOCIAL AND HEALTH SERVICES,
*Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 84–7–00036–3, Fred R. Staples, J., entered August 14, 1986. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J.

[Nos. 9124–1–II; 9209–3–II. Division Two. August 31, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DANNY DALE
SUTHERLAND, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. TROY ALLEN
GAMBER, *Appellant.*

Appeals from judgments of the Superior Court for Grays Harbor County, Nos. 85–1–00065–2, 85–1–00135–7, John W. Schumacher and Robert L. Charette, JJ., entered September 9 and 10, 1985. Cause No. 9124–1–II *affirmed* and cause No. 9209–3–II *reversed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ.

[No. 7860–4–III. Division Three. December 3, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. GUNTHER H.
PIKSCHUS, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 85–1–00200–9, Charles W. Cone, J., entered May 27, 1986. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Thompson, JJ.